**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 343 WAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
HARRY BABINGER, II, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.